| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 2 mins. | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR 9:54-9:56 | |
| MAGISTRATE JUDGE DONNA M. RYU | DATE 9/6/11 | NEW CASE ☐ | CASE NUMBER 4-11-70467-MAG |

### APPEARANCES

| DEFENDANT ANJI REDDY DIRISANALA | AGE | CUST No | P/NP P | ATTORNEY FOR DEFENDANT Galia Amram Phillips | PD. ☐ RET. ☐ APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Hartley West | | INTERPRETER None | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Richelle Bracamonte | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☒ PRELIM HRG NOT HELD | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS HELD ~~FURTHER TRIAL SET~~ 2 mins. |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT NOT HELD | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED SEP 6 - 2011**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE OR FURTHER

| TO: 10/11/11 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ ~~PRELIMINARY HEARING OR~~ ARRAIGN-MENT ON INFORMATION | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. LAUREL BEELER | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: HIS PRELIM. HRG. OR ARRAIGN. ON INDICTMENT & FROM SPEEDY TRIAL ACT CALCULATION FOR EFFECTIVE PREP. OF COUNSEL FROM 9/6/11 TO 10/11/11 | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 (b) and Rule 5.1 (c) & (d) | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

This case is in rel. to a parent Tri Valley Univ. Computer System case. Govt's atty. anticipates filing an Information against the above named deft. & 3 other individuals who are similarly situated by the end of this week. One of the defts' attys. will not be able to appear for Arraign. until 10/11/11. The govt's atty. prefers that all these defts. should appear all at the same bef. the Mag. Judge for Arraign. The govt. asked to continue this matter until 10/11/11 at 9:30 a.m. for Arraign. - request GRANTED. Court signed the Stip. & Order Excluding time under the Speedy Trial Act on the bench. cc: DMR's Stats, Lashanda

DOCUMENT NUMBER: 18
District Court Criminal Case Processing