1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant DASA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-00742 SBA |
| Plaintiff, | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 24, 2012 |
| v. | AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER |
| VISHAL DASA, ANJI REDDY DIRISINALA, RAMAKRISHNA REDDY KARRA, and TUSHAR TAMBE | Hearing Date: December 12, 2011<br>Time: 10:00 a.m. |
| Defendants. | |

The above-captioned matter is set on December 12, 2011 before this Court for a status hearing. The parties jointly request that the Court continue the matter to January 24, 2012, at 10:00 a.m., before this Honorable Court, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between December 12, 2011 and January 24, 2012, so that the defense can have additional time to review and assess the voluminous discovery in this case, including supplemental discovery that the government plans to produce.

On October 7, 2011, the United States Attorney filed a one-count Information charging defendants with conspiracy to commit visa fraud in violation of 18 U.S.C. §§ 371 and 1546(a). On October 11, 2011, the defendants appeared before the magistrate court, waived Indictment

and were arraigned. Defendants face a maximum sentence of five years imprisonment on this charge.

By way of background, this case is related to a larger investigation involving Tri-Valley University ("TVU"), which the government has alleged was a sham university that accepted foreign students and issued legal status for these students without requiring that they attend classes. *See* Indictment in *United States v. Susan Su*, CR 11-00288-SBA.

The four defendants charged in this related case request additional time to review the discovery that the government has already produced, which includes voluminous files from TVU computers that the government seized and that the defendants need to review. Additionally, the defense has requested that the government produce additional discovery relating to the broader investigation in this case, and the government has agreed to produce this discovery to defense counsel and needs additional time to gather the information. For these reasons, the defense requests additional time to review discovery and to assess this case, and the parties agree that this is an appropriate reason to continue this case until January 24, 2012.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time from December 12, 2011 until January 24, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: December 8, 2011  /S/
WADE M. RHYNE
HARTLEY M.K. WEST
Assistant United States Attorneys

| | | |
|---|---|---|
| 1 | DATED: December 8, 2011 | /S/ |
| 2 | | KENNETH MCGUIRE<br>Counsel for Tushar Tambe |
| 3 | | |
| 4 | DATED: December 8, 2011 | /S/<br>GINNY H.K. WALIA |
| 5 | | Counsel for Ramakrishna Reddy Karra |
| 6 | DATED: December 8, 2011 | /S/ |
| 7 | | GALIA AMRAM PHILLIPS<br>Counsel for Anji Reddy Dirisinala |
| 8 | | |
| 9 | DATED: December 8, 2011 | /S/<br>ANGELA M. HANSEN |
| 10 | | Assistant Federal Public Defender<br>Counsel for Vishal Dasa |

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that this case is related to a larger investigation involving Tri-Valley University and the Indictment in *United States v. Susan Su*, CR 11-00288-SBA, and that the government produced discovery to defendants that includes voluminous computer files from the University that the defense needs to review;

2. Given that the defense has requested additional discovery and that the government is working to produce this discovery to the defense;

3. Given that a complete review of the discovery is necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of December 12, 2011, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for January 24, 2012, at 10:00 a.m. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from December 12, 2011 until January 24, 2012.

DATED:_12/9/11

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-0742 SBA                4