| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
| | Acting Federal Public Defender |
| 2 | ANGELA M. HANSEN |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant DASA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00742 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE TO MARCH 6, 2012 |
| v. | ) | AND TO EXCLUDE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT AND ORDER |
| | ) | |
| VISHAL DASA, | ) | |
| ANJI REDDY DIRISINALA, | ) | Hearing Date: January 24, 2012 |
| RAMAKRISHNA REDDY KARRA, and | ) | Time: 10:00 a.m. |
| TUSHAR TAMBE | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The above-captioned matter is set on January 24, 2012 before this Court for a status hearing. The parties jointly request that the Court continue the matter to March 6, 2012, at 10:00 a.m., before this Honorable Court, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between January 24, 2012 and March 6, 2012, so that the defense can have additional time to review and assess the voluminous discovery in this case, including supplemental discovery that the government plans to produce.

On October 7, 2011, the United States Attorney filed a one-count Information charging defendants with conspiracy to commit visa fraud in violation of 18 U.S.C. §§ 371 and 1546(a). On October 11, 2011, the defendants appeared before the magistrate court, waived Indictment

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-0742 SBA

and were arraigned. Defendants face a maximum sentence of five years imprisonment on this charge.

By way of background, this case is related to a larger investigation involving Tri-Valley University ("TVU"), which the government has alleged was a sham university that accepted foreign students and issued legal status for these students without requiring that they attend classes. *See* Indictment in *United States v. Susan Su*, CR 11-00288-SBA.

The four defendants charged in this related case request additional time to review the discovery that the government has already produced, which includes voluminous files from TVU computers that the government seized and that the defendants need to review. Additionally, the defense has requested that the government produce additional discovery relating to the broader investigation in this case, and the government has agreed to produce this discovery to defense counsel and needs additional time to gather the information. For these reasons, the defense requests additional time to review discovery and to assess this case, and the parties agree that this is an appropriate reason to continue this case until March 6, 2012.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time from January 24, 2012 until March 6, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: January 18, 2012

/S/
WADE M. RHYNE
HARTLEY M.K. WEST
Assistant United States Attorneys

1 | DATED: January 19, 2012                    /S/
                                              KENNETH MCGUIRE
2 |                                            Counsel for Tushar Tambe

3 |
    DATED: January 19, 2012                    /S/
4 |                                            GINNY H.K. WALIA
                                              Counsel for Ramakrishna Reddy Karra
5 |

6 | DATED: January 19, 2012                    /S/
                                              GALIA AMRAM PHILLIPS
7 |                                            Counsel for Anji Reddy Dirisinala

8 |
    DATED: January 19, 2012                    /S/
9 |                                            ANGELA M. HANSEN
                                              Assistant Federal Public Defender
10|                                            Counsel for Vishal Dasa

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-0742 SBA            3

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the reasons provided in the stipulation of the parties above, the Court hereby |
| 3 | FINDS: |
| 4 | 1. Given that this case is related to a larger investigation involving Tri-Valley |
| 5 | University and the Indictment in *United States v. Susan Su*, CR 11-00288-SBA, and that the |
| 6 | government produced discovery to defendants that includes voluminous computer files from the |
| 7 | University that the defense needs to review; |
| 8 | 2. Given that the defense has requested additional discovery and that the |
| 9 | government is working to produce this discovery to the defense; |
| 10 | 3. Given that a complete review of the discovery is necessary to the defense |
| 11 | preparation of the case and that the failure to grant the requested continuance would |
| 12 | unreasonably deny counsel for defendants the reasonable time necessary for effective |
| 13 | preparation, taking into account the exercise of due diligence; |
| 14 | 4. Given that the ends of justice served by this continuance outweigh the best |
| 15 | interest of the public and the defendants in a speedy trial; |
| 16 | Based on these findings, IT IS HEREBY ORDERED that the STATUS date of January |
| 17 | 24, 2012, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated |
| 18 | and reset for March 6, 2012, at 10:00 a.m. It is FURTHER ORDERED that time is excluded |
| 19 | pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from January 24, 2012 |
| 20 | until March 6, 2012. |
| 21 | January 20, 2012 |

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge