GALIA A. PHILLIPS – CA BAR #250551
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (415) 269-4553
Facsimile: (510) 464-8001

Attorney for Defendant
ANJI DIRISANALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VISHAL DASA,<br>RAMAKRISHNA REDDY KARRA<br>TUSHAR TAMBE<br>ANJI REDDY DIRISANALA,<br><br>Defendants. | Case No. 11-CR-742- (SBA)<br><br>STIPULATION AND ORDER CONTINUING HEARING DATE TO MAY 1, 2012 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Hearing Date: March 6, 2012<br>Time: 10:00 am |

## I. STIPULATION

The above-captioned matter is set on March 6, 2012 before this Court for a status hearing. The parties jointly request that the Court continue the matter to May 1, 2012, at 10:00 a.m., before this Honorable Court, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between March 6, 2012 and May 1, 2012, so that the defense can have additional time to review and assess the voluminous discovery in this case, including supplemental discovery that the government plans to produce.

On October 7, 2011, the United States Attorney filed a one-count Information charging

defendants with conspiracy to commit visa fraud in violation of 18 U.S.C. §§ 371 and 1546(a). On October 11, 2011, the defendants appeared before the magistrate court, waived Indictment and were arraigned. Defendants face a maximum sentence of five years imprisonment on this charge.

By way of background, this case is related to a larger investigation involving Tri-Valley University ("TVU"), which the government has alleged was a sham university that accepted foreign students and issued legal status for these students without requiring that they attend classes. *See* Indictment in *United States v. Susan Su*, CR 11-00288-SBA.

The four defendants charged in this related case request additional time to review the discovery that the government has already produced, which includes voluminous files from TVU computers that the government seized and that the defendants need to review. Additionally, the defense has requested that the government produce additional discovery relating to the broader investigation in this case, and the government has agreed to produce this discovery to defense counsel and needs additional time to gather the information. Finally, both government counsel are preparing for trials beginning March 26, 2010, and are currently unavailable. For these reasons, the parties agree that the case should be continued until May 1, 2012.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny continuity of counsel. Accordingly, the parties agree that the period of time from March 6, 2012 until May 1, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel and continuity of counsel, taking into account the exercise of due diligence.

It is so stipulated.

Dated: February 29, 2012                                By: /s/
                                                        ANGELA HANSEN
                                                        Attorney for Defendant
                                                        VISHAL DASA

| | | |
|---|---|---|
| Dated: February 29, 2012 | | By: /s/<br>GINNY WALIA<br>Attorney for Defendant<br>RAMAKRISHNA REDDY KARRA |

Dated: February 29, 2012      By: /s/
                              KENNETH MCGUIRE
                              Attorney for Defendant
                              TUSHAR TAMBE

Dated: February 29, 2012

                              By: /s/
                                  GALIA A. PHILLIPS
                                  Attorney for Defendant
                                  ANJI DIRISANALA

Dated: February 29, 2012

                              By: /s/
                                  WADE RHYNE
                                  HARTLEY WEST
                                  Assistant United States Attorneys

## II. ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that this case is related to a larger investigation involving Tri-Valley University and the Indictment in *United States v. Susan Su*, CR 11-00288-SBA, and that the government produced discovery to defendants that includes voluminous computer files from the University that the defense needs to review;

2. Given that the defense has requested additional discovery and that the government is working to produce this discovery to the defense;

3. Given that a complete review of the discovery is necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that counsel for the government is in trial and a continuance is necessary for continuity of counsel;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of March 6, 2012, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for May 1, 2012, at 10:00 a.m. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from March 6, 2012 until May 1, 2012.

IT IS SO ORDERED.

Dated: 3/2/12

SANDRA BROWN AMRSTRONG
UNITED STATES DISTRICT JUDGE

495929.01