GEOFFREY A. HANSEN
Acting Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DASA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00742 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE TO OCTOBER 25, 2012 |
| v. | ) | AND TO EXCLUDE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT AND [PROPOSED] |
| | ) | ORDER |
| VISHAL DASA, | ) | |
| ANJI REDDY DIRISINALA, | ) | |
| RAMAKRISHNA REDDY KARRA, and | ) | Hearing Date: August 30, 2012 |
| TUSHAR TAMBE | ) | Time:          9:30 a.m. |
| | ) | |
| Defendants. | ) | **The Honorable Kandis A. Westmore** |
| | ) | |
| _____ | ) | |

The above-captioned matter is set on January 24, 2012 before this Court for a status

hearing.  The parties jointly request that the Court continue the matter to October 25, 2012, at

9:00 a.m., before the sitting magistrate court, and that the Court exclude time under the Speedy

Trial Act, 18 U.S.C. § 3161, between August 30, 2012 and October 25, 2012, so that the defense

can have additional time to review and assess the voluminous discovery in this case, including

supplemental discovery that the government has produced.

On October 7, 2011, the United States Attorney filed a one-count Information charging

defendants with conspiracy to commit visa fraud in violation of 18 U.S.C. §§ 371 and 1546(a).

On October 11, 2011, the defendants appeared before the magistrate court, waived Indictment

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-0742 SBA

1   and were arraigned.  Defendants face a maximum sentence of five years imprisonment on this

2   charge.

3          This case is related to a larger investigation involving Tri-Valley University ("TVU"),

4   which the government has alleged was a sham university that accepted foreign students and

5   issued legal status for these students without requiring that they attend classes.  *See* Indictment in

6   *United States v. Susan Su*, CR 11-00288-SBA.  Ms. Su's case is set for trial before the Honorable

7   Saundra Brown Armstrong in April 2013.

8          The four defendants charged in this case request additional time to review the discovery

9   that the government has already produced, which includes voluminous files from TVU

10  computers that the government seized and that the defendants need to review.  Additionally, the

11  defense has received additional discovery relating to the broader investigation in this case, and

12  the defense needs additional time to review those materials.  For these reasons, the defense

13  requests additional time to review discovery and to assess this case, and the parties agree that this

14  is an appropriate reason to continue this case until October 25, 2012.

15         The parties stipulate and agree that the ends of justice served by this continuance

16  outweigh the best interest of the public and the defendants in a speedy trial.  The parties further

17  agree that the failure to grant this continuance would unreasonably deny counsel for defendants

18  the reasonable time necessary for effective preparation, taking into account the exercise of due

19  diligence.  Accordingly, the parties agree that the period of time from August 30, 2012 until

20  October 25, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act,

21  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into

22  account the exercise of due diligence.

23  DATED: August 27, 2012                            _____/S/_____

24                                                  WADE M. RHYNE
                                                    HARTLEY M.K. WEST
                                                    Assistant United States Attorneys
25

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-0742 SBA            2

1

DATED: August 27, 2012                                    _____/S/_____

2                                                          KENNETH MCGUIRE
                                                           Counsel for Tushar Tambe

3

DATED: August 27, 2012                                    _____/S/_____

4                                                          GINNY H.K. WALIA
                                                           Counsel for Ramakrishna Reddy Karra

5

6

DATED: August 27, 2012                                    _____/S/_____

                                                           GALIA AMRAM PHILLIPS

7                                                          Counsel for Anji Reddy Dirisinala

8

DATED: August 27, 2012                                    _____/S/_____

9                                                          ANGELA M. HANSEN
                                                           Assistant Federal Public Defender

10                                                         Counsel for Vishal Dasa

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1.      Given that this case is related to a larger investigation involving Tri-Valley University and the Indictment in *United States v. Susan Su*, CR 11-00288-SBA, and that the government produced discovery to defendants that includes voluminous computer files from the University that the defense needs to review;

2.      Given that the government has produced discovery relating to the broader investigation of this case to each individual defendant;

3.      Given that a complete review of the discovery is necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4.      Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of August 30, 2012, scheduled at 9:30 a.m., before the Honorable Kandis A. Westmore, is vacated and reset for October 25, 2012, at 9:30 a.m., before the sitting United States Magistrate Court.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from August 30, 2012 until October 25, 2012.

August 28, 2012

KANDIS A. WESTMORE
United States Magistrate Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-0742 SBA                    4