1  GINNY H.K. WALIA (CABN 225570)
   ATTORNEY AT LAW
2  24301 Southland Drive, Suite 208
   Hayward, CA 94545
3  Telephone:   (510) 887-5910

4  Counsel for Defendant DASA

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            )      No. CR-11-00742 SBA
                                         )
11              Plaintiff,               )      **STIPULATION AND ORDER**
                                         )      **MODIFYING CONDITIONS OF**
12  vs.                                  )      **PRETRIAL RELEASE**
                                         )
13  RAMAKRISHNA REDDY   KARRA,           )
                                         )      **The Honorable Donna M. Ryu**
14              Defendant.               )
    _____)

15

16          Defendant, Ram Karra, through his counsel, Attorney Ginny Walia, requests that the Court

17  modify the conditions of Mr. Karra's release to allow him travel to the Bloomington, Illinois, and

18  to reside there and be supervised in the Central District of Illinois.   Mr. Karra makes this request

19  because he obtained a verified job with IBM. Mr. Karra plans to reside in Bloomington, Illinois.

20  The United States has no objection to Mr. Karra's request to be employed and supervised in the

21  Central District of Illinois prior to trial.

22          Pretrial Services Officer Anthony Granados also has no objection to this request to

23  modify Mr. Karra's pretrial release conditions to allow him to travel to and live in Bloomington,

24  Illinois. If this stipulation is acceptable to the Court, Officer Farahmand plans to arrange to have

25  Mr. Karra supervised out of the Central District of Illinois.   The parties agree that all other

26  1      Travel Stipulation, 11-00742 SBA (LB)

1 conditions of Mr. Karra's pretrial release shall remain in effect and that Mr. Karra be required to

2 remain within the Central District of Illinois with the exception of traveling to and from court

3 appearances in the Northern District of California.

4

October 15, 2012

5

_____ /S/
GINNY H.K. WALIA
Attorney

6

7 October 15, 2012

_____ /S/

WADE RHYNE
Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5        IN THE UNITED STATES DISTRICT COURT

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    UNITED STATES OF AMERICA,          )    No. CR-11-00742 SBA
                                        )
9              Plaintiff,               )    **ORDER MODIFYING CONDITIONS OF**
                                        )    **PRETRIAL RELEASE**
10   vs.                                )
                                        )
11   RAMAKRISHNA REDDY KARRA,           )    **The Honorable Donna M. RYU**
                                        )
12             Defendant.               )
     _____)
13

14

15        For the reasons set forth in the stipulation of the parties above, it is ordered that the

16   conditions of release previously set by the Court are modified to allow Ram Karra to travel to and

17   reside in Bloomington, Illinois on or after October 12, 2012.   All other conditions of Mr. Karra's

18   pretrial release shall remain in effect and that Mr. Karra be required to remain within the Central

19   District of Illinois with the exception of traveling to and from the court appearances in the

20   Northern District of California.

21

     October 15, 2012                    _____
22                                        DONNA M. RYU
                                          United States Magistrate Judge
23

24

25

26   4      Travel Stipulation, 11-00742 SBA (LB)