1   GALIA A. PHILLIPS – CA BAR #250551
    1300 Clay Street, Suite 600
2   Oakland, CA 94612
    Telephone: (510) 596-1700
3   Facsimile:  (510) 596-1701

4   Attorney for Defendant
    ANJI DIRISANALA
5

6

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                       OAKLAND DIVISION

10

11  UNITED STATES OF AMERICA,          Case No. 11-CR-742-SBA (KW)

12                         Plaintiff,
                                       STIPULATION AND [PROPOSED] ORDER
13       v.                            CONTINUING HEARING DATE TO
                                       NOVEMBER 29, 2012 AND EXCLUDING
14  VISHAL DASA,                       TIME UNDER THE SPEEDY TRIAL ACT
    RAMAKRISHNA REDDY KARRA
15  TUSHAR TAMBE                       Hearing Date:  October 25, 2012
    ANJI REDDY DIRISANALA,             Time:              9:30 am
16
                          Defendants.
17

18

19

20                  I.       STIPULATION

21

22       The above-captioned matter is set on October 25, 2012 before this Court for a status

23  hearing. The parties jointly request that the Court continue the matter to November 29, 2012, at

24  9:30 a.m., before the magistrate, and that the Court exclude time under the Speedy Trial Act, 18

25  U.S.C. § 3161, between October 25, 2012 and November 29, 2012, so that the defense can have

26  additional time to review and assess the voluminous discovery in this case.

27       On October 7, 2011, the United States Attorney filed a one-count Information charging

28  defendants with conspiracy to commit visa fraud in violation of 18 U.S.C. §§ 371 and 1546(a).

                                        1

495929.01

1    On October 11, 2011, the defendants appeared before the magistrate court, waived Indictment

2    and were arraigned. Defendants face a maximum sentence of five years imprisonment on this

3    charge.

4         By way of background, this case is related to a larger investigation involving Tri-Valley

5    University ("TVU"), which the government has alleged was a sham university that accepted

6    foreign students and issued legal status for these students without requiring that they attend

7    classes. *See* Indictment in *United States v. Susan Su*, CR 11-00288-SBA.

8         The four defendants charged in this related case request additional time to review the

9    discovery that the government has already produced, which includes voluminous files from TVU

10   computers that the government seized and that the defendants need to review.  Additionally, the

11   defense requested that the government produce additional discovery relating to the broader

12   investigation in this case, which the government recently produced.  Finally, counsel for Anji

13   Dirisanala is unavailable on October 25, 2012.  For these reasons, the parties agree that the case

14   should be continued until November 29, 2012.

15        The parties stipulate and agree that the ends of justice served by this continuance

16   outweigh the best interest of the public and the defendants in a speedy trial.  The parties further

17   agree that the failure to grant this continuance would unreasonably deny counsel for defendants

18   the reasonable time necessary for effective preparation, taking into account the exercise of due

19   diligence, and deny continuity of counsel.  Accordingly, the parties agree that the period of time

20   from October 25, 2012 until November 29, 2012 should be excluded in accordance with the

21   provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective

22   preparation of defense counsel and continuity of counsel, taking into account the exercise of due

23   diligence.

24        It is so stipulated.

25   Dated:  October 17, 2012                    By:  /s/
                                                 ANGELA HANSEN
26                                               Attorney for Defendant
                                                 VISHAL DASA
27

28   Dated:  October 17, 2012                    By:  /s/
                                                 GINNY WALIA

2

1

Attorney for Defendant
RAMAKRISHNA REDDY KARRA

2

3   Dated:  October 17, 2012

By: /s/
KENNETH MCGUIRE
Attorney for Defendant
TUSHAR TAMBE

4

5

6   Dated:  October 17, 2012

7

By: /s/
GALIA A. PHILLIPS
Attorney for Defendant
ANJI DIRISANALA

8

9   Dated:  October 17, 2012

10

11

By: /s/
WADE RHYNE
HARTLEY WEST
Assistant United States Attorneys

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
CASE NO. 11-cr 742 SBA (KW)

495929.01

## II.    ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that this case is related to a larger investigation involving Tri-Valley University and the Indictment in *United States v. Susan Su*, CR 11-00288-SBA, and that the government produced discovery to defendants that includes voluminous computer files from the University that the defense needs to review;

2. Given that a complete review of the discovery is necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

3. Given that counsel for Anji Dirisanala is unavailable on October 25, 2012 and a continuance is necessary for continuity of counsel;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of October 25, 2012, scheduled at 9:30 a.m., before Judge Westmore, is vacated and reset for November 29, 2012, at 9:30 a.m. before Judge Ryu  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from October 25, 2012 until November 29, 2012.

IT IS SO ORDERED.

Dated: _10/23/12_____          _Kandis Westmore_____
                                     KANDIS WESTMORE
                                     UNITED STATES MAGISTRATE JUDGE

495929.01