Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 217-3700

Attorney for Defendant
ANJI DIRISINALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>ANJI DIRISINALA,<br><br>Defendant. | Case No. CR 11-000742-SBA<br><br>STIPULATION RE TRAVEL |

The Defendant, Anji Dirisinala, and the United States, through undersigned counsel, hereby agree and stipulate that the defendant may travel to Pittsburg, Pennsylvania and New York, New York, on July 3 through July 8, 2013. Counsel for the government has no objection to this travel request, and Pretrial Services has no objection to this request provided that defendant provide a copy of his itinerary and hotel booking.

Dated: June 20, 2013                  Respectfully submitted,

                                      /s / *Martha Boersch*
                                      MARTHA BOERSCH


Dated: June 20, 2013                  /s / *Wade Rhyne*
                                      WADE RHYNE


1         STIPULATION AND [PROPOSED] ORDER TO
          ALLOW DEFENDANT TRAVEL
          Case No. CR 11-000742

## ORDER

Based on the stipulation of the parties, it is hereby ordered that Defendant Anji Dirisinala may travel to Pittsburg, Pennsylvania and New York, New York, from July 3 to July 8, 2013. Dirisinala must provide an itinerary and contact information to pretrial services before departure

Dated: 6/24/13

Hon. Donna M. Ryu
UNITED STATES MAGISTRATE JUDGE