MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M.K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Email: hartley.west@usdoj.gov; wade.rhyne@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-11-00742 SBA |
|     Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER TO** |
|   v. ) | **CONTINUE SENTENCING HEARING** |
| ) | Hearing Date: December 5, 2013 |
| VISHAL DASA, ) | Hearing Time: 9:30 a.m. |
| ANJI REDDY DIRISINALA, ) | Judge: Hon. Kandis A. Westmore |
| RAMAKRISHNA REDDY KARRA, and ) | |
| TUSHAR TAMBE, ) | |
|     Defendants. ) | |

    The above-entitled matter is set before this Court on December 5, 2013, at 9:30 a.m. for sentencing. For the reasons set forth below, the parties jointly request that the hearing be continued to June 11, 2014 at 9:30 a.m.

    Defendant Tushar Tambe pleaded guilty before this Court on March 26, 2013. Defendants Vishal Dasa, Anji Dirisinala, and Ramakrishna Karra pleaded guilty before this Court on April 1, 2013. The defendants each pleaded to a single count of conspiracy to commit unauthorized access of a government computer in violation of 18 U.S.C. § 371 pursuant to Rule 11(c)(1)(B) cooperation plea agreements. The parties jointly requested the matter be set for sentencing on December 5, 2013,

STIP. TO CONTINUE SENTENCING AND [PROPOSED] ORDER

1 following the conclusion of the trial of <u>United States v. Susan Su</u>, CR-11-00288 SBA (Su Trial), which
2 was set to begin on September 30, 2013.
3     On September 27, 2013, the district court reset the Su Trial to February 24, 2013. Accordingly,
4 the parties jointly request that the Court continue the sentencing in the current case to date after the Su
5 Trial so that this court may consider the full record at the time of sentencing. Based on the availability
6 of counsel, the parties jointly request the sentencing hearing be reset for June 11, 2014. The government
7 has conferred with the USPO regarding the requested continuance so that it may coordinate the
8 preparation of the Pre-Sentence Investigation Report (PSR) in accordance with the stipulation, if granted
9 by the Court. Because defendants have already pleaded guilty, there are no Speedy Trial Act
10 considerations.

Date: October 16, 2013

    /s/
_____
WADE M. RHYNE
Assistant United States Attorney

    /s/
_____
ANGELA HANSEN
Counsel for Vishal Dasa

    /s/
_____
MARTHA BOERSCH
Counsel for Anji Dirisinala

    /s/
_____
GINNY WALIA
Counsel for Ram Karra

    /s/
_____
KENNETH MCGUIRE
Counsel for Tushar Tambe

STIP. TO CONTINUE SENTENCING AND [PROPOSED] ORDER

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  HARTLEY M.K. WEST (CABN 191609)
   WADE M. RHYNE (CABN 216799)
5  Assistant United States Attorney
          1301 Clay Street, Suite 340S
6         Oakland, California 94612
          Telephone: (510) 637-3680
7         FAX: (510) 637-3724
          Email: hartley.west@usdoj.gov; wade.rhyne@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                 OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,           ) CASE NO. CR-11-00742 SBA
14                                     )
              Plaintiff,               ) **[PROPOSED] ORDER CONTINUING**
15                                     ) **SENTENCING HEARING**
         v.                            )
16                                     ) Hearing Date: June 11, 2014
   VISHAL DASA,                        ) Hearing Time: 9:30 a.m.
17 ANJI REDDY DIRISINALA,              ) Judge: Hon. Kandis A. Westmore
   RAMAKRISHNA REDDY KARRA, and        )
18 TUSHAR TAMBE,                       )
                                       )
19            Defendants.              )
                                       )
20

21
22         The above-entitled matter is set before this Court on December 5, 2013, at 9:30 a.m. for

23 sentencing.  For good cause shown the Court **GRANTS** the parties' request to continue the sentencing

24 hearing and **ORDERS** the matter re-set for sentencing on June 11, 2014 at 9:30 a.m.

25

26 DATED:_____         _____
                                   HON. KANDIS A. WESTMORE
27                                 United States Magistrate Judge

28


STIP. TO CONTINUE SENTENCING AND [PROPOSED] ORDER