1  Martha Boersch (State Bar No. 126569)
   mboersch@boerschshapiro.com
2  BOERSCH SHAPIRO LLP
   235 Montgomery Street, Suite 835
3  San Francisco, CA 94104
   Telephone: (415) 217-3700
4
   Attorney for Defendant
5  ANJI DIRISINALA

6                  UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES,                    Case No. CR 11-000742-SBA

10         Plaintiff,                **STIPULATION RE TRAVEL**

11     v.

12 ANJI DIRISINALA,

13         Defendant.

14

15

16     The Defendant, Anji Dirisinala, and the United States, through undersigned counsel, hereby

17 agree and stipulate that the defendant may travel to Los Angeles, California as soon as possible in

18 order to purchase a car, for a period not to exceed three days.  Counsel for the government has no

19 objection to this travel request, and Pretrial Services has no objection to this request provided that

20 defendant provide a copy of his itinerary and any hotel booking.

21 Dated: October 28, 2013              Respectfully submitted,

22
                                       /s / *Martha Boersch*
23                                     MARTHA BOERSCH

24

25 Dated:  October 28, 2013             /s / *Hartley West*
                                       HARTLEY WEST
26

27

28

                              1               STIPULATION RE TRAVEL
                                              Case No.: CR 11-000742-SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

      Based on the stipulation of the parties, it is hereby ordered that Defendant Anji Dirisinala may travel to Los Angeles, California, for a period not to exceed three days.


Dated: _____                    _____
                                                      Hon. Donna M. Ryu
                                                      UNITED STATES MAGISTRATE JUDGE