1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | HARTLEY M.K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
5 | Assistant United States Attorney
    1301 Clay Street, Suite 340S
6 |     Oakland, California 94612
    Telephone: (510) 637-3680
7 |     FAX: (510) 637-3724
    Email: hartley.west@usdoj.gov; wade.rhyne@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-11-00742 KAW |
|---|---|---|
| Plaintiff, | ) ) | **AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| v. | ) ) | **HEARING** |
| VISHAL DASA, ANJI REDDY DIRISINALA, RAMAKRISHNA REDDY KARRA, and TUSHAR TAMBE, | ) ) ) ) ) | Hearing Dates: November 25, 26, and December 5, 2013<br>Hearing Time: 9:30 a.m.<br>Judge: Hon. Kandis A. Westmore |
| Defendants. | ) ) | |

The above-entitled matters are set before this Court for sentencing at 9:30 a.m. on November 25, 2013 for Defendants Dasa and Tambe; on November 26, 2013 for Defendant Dirisinala; and on December 5, 2013 for Defendant Karra. For the reasons set forth below, the parties jointly request that each of the hearings be continued to June 11, 2014 at 9:30 a.m.

Defendant Tushar Tambe pleaded guilty before this Court on March 26, 2013. Defendants Vishal Dasa, Anji Dirisinala, and Ramakrishna Karra pleaded guilty before this Court on April 1, 2013. The defendants each pleaded to a single count of conspiracy to commit unauthorized access of a government computer in violation of 18 U.S.C. § 371 pursuant to Rule 11(c)(1)(B) cooperation plea

AM. STIP. TO CONTINUE SENTENCING AND [PROPOSED] ORDER

1 agreements.  The parties jointly requested the matter be set for sentencing on December 5, 2013,
2 following the conclusion of the trial of <u>United States v. Susan Su</u>, CR-11-00288 SBA (Su Trial), which
3 was set to begin on September 30, 2013.
4     On September 27, 2013, the district court reset the Su Trial to February 24, 2013.  Accordingly,
5 the parties jointly request that the Court continue the sentencing in the current case to date after the Su
6 Trial so that this court may consider the full record at the time of sentencing.  Based on the availability
7 of counsel, the parties jointly request the sentencing hearing be reset for June 11, 2014.  The government
8 has conferred with the USPO regarding the requested continuance so that it may coordinate the
9 preparation of the Pre-Sentence Investigation Report (PSR) in accordance with the stipulation, if granted
10 by the Court.  Because defendants have already pleaded guilty, there are no Speedy Trial Act
11 considerations.

Date:  October 28, 2013

       /s/
WADE M. RHYNE
Assistant United States Attorney

       /s/
ANGELA HANSEN
Counsel for Vishal Dasa

       /s/
MARTHA BOERSCH
Counsel for Anji Dirisinala

       /s/
GINNY WALIA
Counsel for Ram Karra

       /s/
KENNETH MCGUIRE
Counsel for Tushar Tambe

AM. STIP. TO CONTINUE SENTENCING AND [PROPOSED] ORDER

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  HARTLEY M.K. WEST (CABN 191609)
   WADE M. RHYNE (CABN 216799)
5  Assistant United States Attorney
            1301 Clay Street, Suite 340S
6           Oakland, California 94612
            Telephone: (510) 637-3680
7           FAX: (510) 637-3724
            Email: hartley.west@usdoj.gov; wade.rhyne@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )  CASE NO. CR-11-00742 KAW
                                       )
14         Plaintiff,                  )  **[PROPOSED] ORDER CONTINUING**
                                       )  **SENTENCING HEARING**
15     v.                              )
                                       )  Hearing Date: June 11, 2014
16 VISHAL DASA,                        )  Hearing Time: 9:30 a.m.
   ANJI REDDY DIRISINALA,              )  Judge: Hon. Kandis A. Westmore
17 RAMAKRISHNA REDDY KARRA, and        )
   TUSHAR TAMBE,                       )
18                                     )
           Defendants.                 )
19                                     )

20

21     The above-entitled matters are set before this Court for sentencing at 9:30 a.m. on November 25,

22 2013 for Defendants Dasa and Tambe; on November 26, 2013 for Defendant Dirisinala; and on

23 December 5, 2013 for Defendant Karra.  For good cause shown the Court **GRANTS** the parties' request

24 to continue the sentencing hearings and **ORDERS** the matters re-set for sentencing on June 11, 2014 at

25 9:30 a.m.

26

27 DATED:_____             _____
                                       HON. KANDIS A. WESTMORE
28                                     United States Magistrate Judge

   AM. STIP. TO CONTINUE SENTENCING AND [PROPOSED] ORDER