Martha Boersch (State Bar No. 126569)
mboersch@boerschshapiro.com
BOERSCH SHAPIRO LLP
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: (415) 217-3700

Attorney for Defendant
ANJI DIRISINALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. CR 11-000742-SBA |
| Plaintiff, | **STIPULATION RE TRAVEL AND ORDER (AS MODIFIED)** |
| v. | |
| ANJI DIRISINALA, | |
| Defendant. | |

The Defendant, Anji Dirisinala, and the United States, through undersigned counsel, hereby

agree and stipulate that the defendant may travel to Los Angeles, California as soon as possible in

order to purchase a car, for a period not to exceed three days.  Counsel for the government has no

objection to this travel request, and Pretrial Services has no objection to this request provided that

defendant provide a copy of his itinerary and any hotel booking.

Dated: October 29, 2013          Respectfully submitted,

                                 /s / *Martha Boersch*
                                 MARTHA BOERSCH


Dated:  October 29, 2013         /s / *Hartley West*
                                 HARTLEY WEST

1

2                                    **ORDER (AS MODIFIED)**

3
        Based on the stipulation of the parties, it is hereby ordered that Defendant Anji Dirisinala may
4
travel to Los Angeles, California, for a period not to exceed three days as long as Defendant provides
5
contact information and a full itinerary to Pretrial Services before his departure.
6

7

8   Dated:   10/28/2013     _____

9                                            HONORABLE DONNA M. RYU
                                             United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2                    STIPULATION RE TRAVEL
                                                         Case No.: CR 11-000742-SBA