MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M.K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Email: hartley.west@usdoj.gov; wade.rhyne@usdoj.gov

Attorneys for United States of America

FILED

OCT 30 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VISHAL DASA,<br>ANJI REDDY DIRISINALA,<br>RAMAKRISHNA REDDY KARRA, and<br>TUSHAR TAMBE,<br><br>    Defendants. | CASE NO. CR-11-00742 KAW<br><br>[~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING<br><br>Hearing Date: June 11, 2014<br>Hearing Time: 9:30 a.m.<br>Judge: Hon. Kandis A. Westmore |

The above-entitled matters are set before this Court for sentencing at 9:30 a.m. on November 25, 2013 for Defendants Dasa and Tambe; on November 26, 2013 for Defendant Dirisinala; and on December 5, 2013 for Defendant Karra. For good cause shown the Court **GRANTS** the parties' request to continue the sentencing hearings and **ORDERS** the matters re-set for sentencing on June 11, 2014 at 9:30 a.m.

DATED: 10/30/13

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

AM. STIP. TO CONTINUE SENTENCING AND [~~PROPOSED~~] ORDER