1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT

8         NORTHERN DISTRICT OF CALIFORNIA

9              OAKLAND DIVISION

10   UNITED STATES OF AMERICA,        )   CASE NO. CR 11-00742 KAW
                                      )
11                       Plaintiff,   )   [PROPOSED] ORDER OF FORFEITURE
                                      )
12          v.                        )
                                      )
13   VISHAL DASA,                     )
                                      )
14                       Defendant.   )
     _____)

15

16       The United States has filed an Application for an Order of Forfeiture pursuant to Rule 32.2 (b)(1)

17   seeking a personal money judgment against the defendant in the amount of $4,375.  Rule 32.2(c)(1)

18   provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money

19   judgment".

20       Accordingly, IT IS HEREBY ORDERED THAT:

21       Defendant Vishal Dasa shall forfeit to the United States the sum of $4,375 pursuant to Title 18,

22   United States Code, Section 982(a)(2)(B).

23       All right, title, and interest in said property is vested in the United States of America.  The

24   appropriate federal agency shall dispose of the forfeited property according to law.

25

26   Dated:                           _____
                                      KANDIS A. WESTMORE
27                                    United States Magistrate Judge

28