UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 11-00742 KAW |
| Plaintiff, | ) | [PROPOSED] ORDER OF FORFEITURE |
| v. | ) | |
| RAMAKRISHNA REDDY KARRA, | ) | |
| Defendant. | ) | |

The United States has filed an Application for an Order of Forfeiture pursuant to Rule 32.2 (b)(1) seeking a personal money judgment against the defendant in the amount of $4,810

. Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment".

Accordingly, IT IS HEREBY ORDERED THAT:

Defendant Ramakrishna Reddy Karra shall forfeit to the United States the sum of $4,810 pursuant to Title 18, United States Code, Section 982(a)(2)(B).

All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: _____

_____
KANDIS A. WESTMORE
United States Magistrate Judge