1   GINNY H.K. WALIA (CABN 225570)
    ATTORNEY AT LAW
2   152 North 3rd St., Suite 710
    San Jose, CA 95112
3   Telephone:   (408) 724-9200

4   Counsel for Defendant Karra

5                  IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                            OAKLAND VENUE
7

8

9   UNITED STATES OF AMERICA,              )   No. CR-11-00742 SBA
                                           )
10                 Plaintiff,              )   **STIPULATION AND [PROPOSED]**
                                           )   **ORDER MODIFYING CONDITIONS OF**
11  vs.                                    )   **PRETRIAL RELEASE**
                                           )
12  RAMAKRISHNA REDDY   KARRA,             )
                                           )
13                 Defendant.              )
    _____    )

14

15          Defendant, Ram Karra, through his counsel, Attorney Ginny Walia, requests that the Court

16  modify the conditions of Mr. Karra's release to allow him travel to the Western District of

17  Michigan from March 5, 2014 through March 7, 2014. Mr. Karra makes this request because he

18  needs to complete a final round of a job interview in Grand Rapids, Michigan.   Mr. Karra is

19  currently allowed to reside and travel within the Central District of Illinois.

20          The United States has no objection to Mr. Karra's request to travel outside the Central

21  District of Illinois during those dates. Mr. Karra must provide pretrial services with his itinerary

22  and accommodations.

23          The parties agree that all other conditions of Mr. Karra's pretrial release shall remain in

24  effect and that Mr. Karra be required to remain within the Central District of Illinois before and

25  after March 5-7, 2014 with the exception of traveling to court appearances in the Northern District

1    of California.

2                                                         _____ /S/ _____
     March 4, 2014                                        GINNY H.K. WALIA
3                                                         Attorney

4                                                         _____ /S/ _____
5    March 4, 2014
6                                                         HARTLEY M.K. WEST
                                                          Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2                              IN THE UNITED STATES DISTRICT COURT

3                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                                          OAKLAND VENUE
4

5

6   UNITED STATES OF AMERICA,          )        No. CR-11-00742 SBA
                                        )
7                        Plaintiff,     )        **[PROPOSED] ORDER MODIFYING**
                                        )        **CONDITIONS OF PRETRIAL RELEASE**
8   vs.                                 )
                                        )
9   RAMAKRISHNA REDDY KARRA,            )
                                        )
10                       Defendant.     )
    _____ )

11

12

13          For the reasons set forth in the stipulation of the parties above, it is ordered that the

    conditions of release previously set by the Court are modified to allow Ram Karra to travel to the
14
    Western District of Michigan from March 5, 2014 through March 7, 2014.   All other conditions of
15
    Mr. Karra's pretrial release shall remain in effect and that Mr. Karra be required to remain within
16
    the Central District of Illinois with the exception of traveling to and from the court appearances in
17
    the Northern District of California.
18

19  March __, 2014

20                                                   _____

21                                                   United States Magistrate Judge

22

23

24

25