GINNY H.K. WALIA (CABN 225570)
ATTORNEY AT LAW
152 North 3rd St., Suite 710
San Jose, CA 95112
Telephone: (408) 724-9200

Counsel for Defendant Karra

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAMAKRISHNA REDDY KARRA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-11-00742 KAW ~~SBA~~ <br><br> **STIPULATION AND ORDER (AS MODIFIED) MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

     Defendant, Ram Karra, through his counsel, Attorney Ginny Walia, requests that the Court modify the conditions of Mr. Karra's release to allow him travel to the Western District of Michigan from March 5, 2014 through March 7, 2014. Mr. Karra makes this request because he needs to complete a final round of a job interview in Grand Rapids, Michigan. Mr. Karra is currently allowed to reside and travel within the Central District of Illinois.

     The United States has no objection to Mr. Karra's request to travel outside the Central District of Illinois during those dates. Mr. Karra must provide pretrial services with his itinerary and accommodations.

     The parties agree that all other conditions of Mr. Karra's pretrial release shall remain in effect and that Mr. Karra be required to remain within the Central District of Illinois before and after March 5-7, 2014 with the exception of traveling to court appearances in the Northern District

1 | of California.

2 | March 4, 2014 | _____/S/_____
3 | | GINNY H.K. WALIA
  | | Attorney

4 |
5 | March 4, 2014 | _____/S/_____
6 | | HARTLEY M.K. WEST
  | | Assistant United States Attorney

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00742 ~~SBA~~ KAW |
| Plaintiff, ) | |
| ) | **ORDER (AS MODIFIED) MODIFYING** |
| vs. ) | **CONDITIONS OF PRETRIAL RELEASE** |
| ) | |
| RAMAKRISHNA REDDY KARRA, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties above, it is ordered that the conditions of release previously set by the Court are modified to allow Ram Karra to travel to the Western District of Michigan from March 5, 2014 through March 7, 2014. All other conditions of Mr. Karra's pretrial release shall remain in effect and that Mr. Karra be required to remain within the Central District of Illinois with the exception of traveling to and from the court appearances in the Northern District of California. Mr. Karra must provide his itinerary and contact information to Pretrial Services before his departure.

March 5, 2014

_____
DONNA M. RYU
United States Magistrate Judge

Travel Stipulation, 11-00742 ~~SBA~~ KAW (LB)   3