GINNY H.K. WALIA (CABN 225570)
ATTORNEY AT LAW
152 North 3rd St., Suite 710
San Jose, CA 95112
Telephone:  (408) 724-9200

Counsel for Defendant Karra

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00742 SBA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER MODIFYING CONDITIONS OF** |
| vs. | ) | **PRETRIAL RELEASE** |
| | ) | |
| RAMAKRISHNA REDDY   KARRA, | ) | |
| | ) | |
| Defendant. | ) | |

      Defendant, Ram Karra, through his counsel, Attorney Ginny Walia, requests that the Court modify the conditions of Mr. Karra's release to allow him travel to Piscataway, New Jersey, on April 7, 2014 through April 15, 2014. Mr. Karra makes this request because he needs to meet his new team for his employment with Verizon Wireless.  Mr. Karra is currently allowed to reside and travel within the Central District of Illinois.

      The United States has no objection to Mr. Karra's request to travel outside the Central District of Illinois during those dates.   Mr. Karra must provide pretrial services with his itinerary and accommodations.

      The parties agree that all other conditions of Mr. Karra's pretrial release shall remain in effect and that Mr. Karra be required to remain within the Central District of Illinois before and after April 7 through April 15, 2014 with the exception of traveling to court appearances in the

1  Northern District of California.

2

3  April 4, 2014                                    /S/
                                                    GINNY H.K. WALIA
                                                    Attorney

4

5  April 4, 2014                                    /S/

6                                                   HARTLEY M.K. WEST
                                                    Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2                       IN THE UNITED STATES DISTRICT COURT

3                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
                                      OAKLAND VENUE
4

5

   UNITED STATES OF AMERICA,              )      No. CR-11-00742 SBA
6                                         )
              Plaintiff,                  )      **[PROPOSED] ORDER MODIFYING**
7                                         )      **CONDITIONS OF PRETRIAL RELEASE**
   vs.                                    )
8                                         )
   RAMAKRISHNA REDDY KARRA,                )
9                                         )
              Defendant.                  )
10 _____ )

11

12
        For the reasons set forth in the stipulation of the parties above, it is ordered that the
13
   conditions of release previously set by the Court are modified to allow Ram Karra to travel to the
14
   Western District of Michigan from April 7, 2014 through April 15, 2014.   All other conditions of
15
   Mr. Karra's pretrial release shall remain in effect and that Mr. Karra be required to remain within
16
   the Central District of Illinois with the exception of traveling to and from the court appearances in
17
   the Northern District of California.
18

19   April __, 2014                               _____

20                                                United States Magistrate Judge

21

22

23

24

25

26
        Travel Stipulation, 11-00742 SBA (LB)         3