1   GINNY H.K. WALIA (CABN 225570)
    ATTORNEY AT LAW
2   152 North 3rd St., Suite 710
    San Jose, CA 95112
3   Telephone:   (408) 724-9200

4   Counsel for Defendant Karra

5               IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        OAKLAND VENUE
7

8

9   UNITED STATES OF AMERICA,          )    No. CR-11-00742 SBA
                                        )
                        Plaintiff,      )    (REVISED)
10                                      )    **STIPULATION AND ORDER**
                                        )    **MODIFYING CONDITIONS OF**
11  vs.                                 )    **PRETRIAL RELEASE**
                                        )
12  RAMAKRISHNA REDDY   KARRA,          )
                                        )
                        Defendant.      )
13  _____    )

14

15          Defendant, Ram Karra, through his counsel, Attorney Ginny Walia, requests that the Court

16  modify the conditions of Mr. Karra's release to allow him travel to Piscataway, New Jersey, on

17  April 7, 2014 through April 15, 2014. Mr. Karra makes this request because he needs to meet his

18  new team for his employment with Verizon Wireless.   Mr. Karra is currently allowed to reside

19  and travel within the Central District of Illinois.

20          The United States has no objection to Mr. Karra's request to travel outside the Central

21  District of Illinois during those dates.   Attorney Ginny Walia spoke to Officer Patrick Howard of

22  pretrial services on April 7, 2014 and he has no objection to Mr. Karra's request for to travel

23  outside the Central District of Illinois during those dates.   Mr. Karra must provide pretrial

24  services with his itinerary and accommodations.

25          The parties agree that all other conditions of Mr. Karra's pretrial release shall remain in

        Travel Stipulation, 11-00742 SBA (LB)        1

1    effect and that Mr. Karra be required to remain within the Central District of Illinois before and

2    after April 7 through April 15, 2014 with the exception of traveling to court appearances in the

3    Northern District of California.

4

                                                        _____/S/_____
     April 4, 2014                                      GINNY H.K. WALIA
5                                                       Attorney

6
                                                        _____/S/_____
7    April 4, 2014

                                                        HARTLEY M.K. WEST
8                                                       Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA
           OAKLAND VENUE
4

5

UNITED STATES OF AMERICA,           )      No. CR-11-00742 SBA
6                                    )
              Plaintiff,             )      **ORDER MODIFYING CONDITIONS OF**
7                                    )      **PRETRIAL RELEASE**
   vs.                               )
8                                    )
   RAMAKRISHNA REDDY KARRA,          )
9                                    )
              Defendant.             )
10 _____  )

11

12

       For the reasons set forth in the stipulation of the parties above, it is ordered that the
13
   conditions of release previously set by the Court are modified to allow Ram Karra to travel to the
14
   Western District of Michigan from April 7, 2014 through April 15, 2014.   All other conditions of
15
   Mr. Karra's pretrial release shall remain in effect and that Mr. Karra be required to remain within
16
   the Central District of Illinois with the exception of traveling to and from the court appearances in
17
   the Northern District of California.
18

19 April 7, 2014                        _____
                                        DONNA M. RYU
20                                      United States Magistrate Judge

21

22

23

24

25

26