| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | ANGELA M. HANSEN |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant DASA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00742 KAW | |
| | ) | | |
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE | |
| | ) | SENTENCING HEARING DATE TO | |
| v. | ) | JULY 11, 2014 AND [PROPOSED] | |
| | ) | ORDER | |
| | ) | | |
| VISHAL DASA, | ) | | |
| ANJI REDDY DIRISINALA, | ) | Hearing Date: June 11, 2014 | |
| RAMAKRISHNA REDDY KARRA, and | ) | Time: 9:30 a.m. | |
| TUSHAR TAMBE | ) | | |
| | ) | | |
| Defendants. | ) | **The Honorable Kandis A. Westmore** | |
| | ) | | |

The above-captioned matter is set on June 11, 2014 before this Court for sentencing. The parties named above jointly request that the Court continue the matter to the Court's July 11, 2014 calendar because the parties would like additional time to prepare this matter for sentencing.

Defendants pleaded guilty in the Spring of 2013 to a misdemeanor information charging each of them with conspiracy to commit unauthorized access of a government computer. The sentencing date was continued until June 2014 because this case was related to the indictment in *United States v. Susan Su*, CR 11-00288-JST. A federal jury convicted Ms. Su in late March, and she is currently scheduled to be sentenced in September 2014.

Stip. Req. To Continue Sentencing Hearing, No.
CR-11-0742 KAW

1  The four defendants named above request additional time to prepare for sentencing. Additionally, defense counsel for Mr. Dasa is unavailable from June 2 through June 20, 2014 and unavailable to appear at the currently scheduled sentencing date. For these reasons, the parties agree that it is appropriate to continue the sentencing hearing date to July 11, 2014. The probation officer assigned to this case, Jessica Goldsberry, has no objection to this request and a probation officer is available to appear on the requested date.

DATED: May 14, 2014

/S/
WADE M. RHYNE
HARTLEY M.K. WEST
Assistant United States Attorneys

DATED: May 14, 2014

/S/
KENNETH MCGUIRE
Counsel for Tushar Tambe

DATED: May 14, 2014

/S/
MARTHA BOERSCH
LARA KOLLIOS
Counsel for Anji Reddy Dirisinala

DATED: May 14, 2014

/S/
GINNY H.K. WALIA
Counsel for Ramakrishna Reddy Karra

DATED: May 14, 2014

/S/
ANGELA M. HANSEN
Assistant Federal Public Defender
Counsel for Vishal Dasa

## ORDER

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED that the sentencing date of June 11, 2014 is vacated for all the defendants named in the caption above and reset for July 11, 2014, at 9:30 a.m.

Dated: _____

_____
KANDIS A. WESTMORE
United States Magistrate Judge