1  STEVEN G. KALAR
Federal Public Defender
2  ANGELA M. HANSEN
Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant DASA

6

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9  OAKLAND DIVISION

10  UNITED STATES OF AMERICA,      )      No. CR-11-00742 KAW
                                  )
11        Plaintiff,              )      STIPULATED REQUEST TO CONTINUE
                                  )      SENTENCING HEARING DATE TO
12        v.                      )      JULY 11, 2014 AND [PROPOSED]
                                  )      ORDER
13                                )
    VISHAL DASA,                  )
14  ANJI REDDY DIRISINALA,        )      Hearing Date:  June 11, 2014
    RAMAKRISHNA REDDY KARRA, and  )      Time:          9:30 a.m.
15  TUSHAR TAMBE                   )
                                  )
16        Defendants.             )      **The Honorable Kandis A. Westmore**
                                  )
17  _____

18        The above-captioned matter is set on June 11, 2014 before this Court for sentencing.  The

19  parties named above jointly request that the Court continue the matter to the Court's July 11,

20  2014 calendar because the parties would like additional time to prepare this matter for

21  sentencing.

22        Defendants pleaded guilty in the Spring of 2013 to a misdemeanor information charging

23  each of them with conspiracy to commit unauthorized access of a government computer.  The

24  sentencing date was continued until June 2014 because this case was related to the indictment in

25  *United States v. Susan Su*, CR 11-00288-JST.  A federal jury convicted Ms. Su in late March,

26  and she is currently scheduled to be sentenced in September 2014.

Stip. Req. To Continue Sentencing Hearing, No.
CR-11-0742 KAW

1        The four defendants named above request additional time to prepare for sentencing.

2   Additionally, defense counsel for Mr. Dasa is unavailable from June 2 through June 20, 2014

3   and unavailable to appear at the currently scheduled sentencing date.  For these reasons, the

4   parties agree that it is appropriate to continue the sentencing hearing date to July 11, 2014.  The

5   probation officer assigned to this case, Jessica Goldsberry, has no objection to this request and a

6   probation officer is available to appear on the requested date.

7

8   DATED: May 14, 2014                                    _____/S/_____
                                                            WADE M. RHYNE
9                                                           HARTLEY M.K. WEST
                                                            Assistant United States Attorneys
10

11  DATED: May 14, 2014                                    _____/S/_____
                                                            KENNETH MCGUIRE
12                                                          Counsel for Tushar Tambe

13
    DATED: May 14, 2014                                    _____/S/_____
14                                                          MARTHA BOERSCH
                                                            LARA KOLLIOS
15                                                          Counsel for Anji Reddy Dirisinala

16  DATED: May 14, 2014                                    _____/S/_____
                                                            GINNY H.K. WALIA
17                                                          Counsel for Ramakrishna Reddy Karra

18
    DATED: May 14, 2014                                    _____/S/_____
19                                                          ANGELA M. HANSEN
                                                            Assistant Federal Public Defender
20                                                          Counsel for Vishal Dasa

21

22

23

24

25

26

Stip. Req. To Continue Sentencing Hearing, No.
CR-11-0742 KAW                              2

1

## ORDER

2        Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY

3   ORDERED that the sentencing date of June 11, 2014 is vacated for all the defendants named in

4   the caption above and reset for July 11, 2014, at 9:30 a.m.

5

6   Dated: 5/14/14                                    _____
                                                       KANDIS A. WESTMORE
7                                                      United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Sentencing Hearing, No.
CR-11-0742 KAW                                3