UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN XIAO-PING SU,<br><br>    Defendant. | Case No. 11-cr-00288-JST-1<br><br>**ORDER SETTING DEADLINE FOR RELATING CASES** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VISHAL DASA, ANJI REDDY DIRISINALA, TUSHAR TAMBE (a/k/a "Jimmy Tambe"), and RAMAKRISHNA REDDY KARRA,<br><br>    Defendants. | Case No. 11-cr-00742-KAW |

On May 19, 2014, the United States filed a Notice of Related Case regarding <u>United States v. Su</u>, Case No. 4:11-cr-00288-JST-1, and <u>United States v. Dasa, et al.</u>, Case No. 4:11-cr-00742-KAW. The former case is assigned to the undersigned; the latter, to Judge Westmore. The United States filed the Notice only in the <u>Su</u> case.

Criminal Local Rule 8-1 provides, in relevant part:

> Whenever a party to a criminal action pending in this District knows or learns that the action is related to a civil or criminal action, which is or was pending in this District, that party shall promptly file a "Notice of Related Case in a Criminal Action" with the Judge assigned to the earliest filed action, *shall lodge a copy of the notice with the chambers of each Judge assigned to each related case and shall serve all known parties with a copy of the notice.*

1 Id. (emphasis added).

2 It does not appear that the United States lodged a copy of either Notice with Judge Westmore's chambers, or that it served copies on the Defendants. The purpose of this Order is to ensure that all parties have adequate notice and an opportunity to be heard before the Court rules on the Notice of Related Case.

This Order constitutes notice to all parties in both actions that any party may serve and file a statement of support for or opposition to the United States' Notice of Related Case by June 5, 2014. Such statement shall specifically address the issues in Crim. L.R. 8-1(b) and (c).

**IT IS SO ORDERED.**

Dated: May 28, 2014

_____
JON S. TIGAR
United States District Judge