STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DASA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SUSAN XIO-PING SU, <br><br> Defendant. | No. 11-CR-00288 JST |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VISHAL DASA, <br> ANJI REDDY DIRISINALA, <br> RAMAKRISHNA REDDY KARRA, and <br> TUSHAR TAMBE <br><br> Defendants. | No. 11-CR-00742 KAW <br> (Earlier-Filed Case) <br><br> **DEFENDANT DASA'S RESPONSE TO NOTICE OF RELATED CRIMINAL CASES** |

In response to the Court's May 28, 2014 Order, Vishal Dasa, through his counsel, Assistant Federal Public Defender Angela M. Hansen, notifies the Court that he supports the government's position that the two above-captioned cases should proceed before their respective

1   Courts and not be reassigned. Mr. Dasa agrees with the government's description of the two
2   above-captioned cases in its May 19, 2014 Notice of Related Case in a Criminal Action. Further,
3   for the reasons set forth below, Mr. Dasa believes that reassignment to a single Court is
4   unnecessary to conserve judicial resources or to promote an efficient determination of the action.
5         Pursuant to Criminal Local Rule 8-1(b)(1) and (2), an action may be related to another if
6   both cases involve one or more of the same defendants and "the same alleged events,
7   occurrences, transactions or property," *or* if the actions are likely to entail "substantial
8   duplication of labor" or "unnecessary expenses" if heard by different judges. Here, the two
9   actions involve different defendants and different charges. Mr. Dasa and his co-defendants were
10  charged with *misdemeanor* conspiracy to commit unauthorized access of a government computer
11  system based on their conduct recruiting students for Susan Su, who was the founder and
12  president of Tri-Valley University. Although the two cases may involve a few of the same
13  alleged events, the conduct of the four defendants involved in the misdemeanor case assigned to
14  the Honorable Kandis Westmore constitutes a small subset of the broader criminal conduct
15  involved in Ms. Su's case. Indeed, after a jury trial, Ms. Su was convicted of 31 felony counts,
16  including wire and mail fraud, visa fraud, false documents, false statements and money
17  laundering. The defendants in the earlier-filed misdemeanor case have not been charged with
18  these crimes.
19        Moreover, Mr. Dasa and his co-defendants have consented to the jurisdiction of the
20  magistrate court, and because Mr. Dasa already appeared before Judge Westmore last year for his
21  change of plea hearing, there would not be a substantial duplication of labor for the sentencing
22  hearing on this misdemeanor case to proceed before that same Court on July 11, 2014.
23        For all of these reasons, Mr. Dasa supports the government's position that the two above-
24  captioned cases should proceed before their respective Courts and not be reassigned.
25
26

1 | Dated: May 29, 2014

2 |                                         Respectfully submitted,

3 |                                         STEVEN G. KALAR
Federal Public Defender

/S/

ANGELA M. HANSEN
Assistant Federal Public Defender