1  GINNY H.K. WALIA (CABN 225570)
   ATTORNEY AT LAW
2  152 North 3rd St., Suite 710
   San Jose, CA 95112
3  Telephone:   (408) 724-9200

4  Counsel for Defendant Karra

5              IN THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        OAKLAND VENUE
7

8

9  UNITED STATES OF AMERICA,         )   No. CR-11-00742 SBA
                                     )
10              Plaintiff,            )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER MODIFYING CONDITIONS OF**
11 vs.                                )   **PRETRIAL RELEASE**
                                     )
12 RAMAKRISHNA REDDY   KARRA,        )
                                     )
13              Defendant.            )
   _____)

14

15       Defendant, Ramakrishna Karra, through his counsel, Attorney Ginny Walia, requests that

16 the Court modify the conditions of Mr. Karra's release to allow him to relocate back to San Jose,

17 California on June 7, 2014.   Mr. Karra makes this request because he has been offered a new full

18 time position with Cisco in San Jose California.   Mr. Karra is currently allowed to reside and

19 travel within the Central District of Illinois.

20       The United States has no objection to Mr. Karra's request to travel outside the Central

21 District of Illinois during those dates.   Attorney Ginny Walia spoke to Officer Patrick Howard of

22 pretrial services on April 7, 2014 and he has no objection to Mr. Karra's relocation back to the

23 Northern District of California.

24       The parties agree that all other conditions of Mr. Karra's pretrial release shall remain in

25 effect.

| | | |
|---|---|---|
| 1 | June 4, 2014 | /S/<br>GINNY H.K. WALIA<br>Attorney |
| 3 | June 4, 2014 | /S/<br>HARTLEY M.K. WEST<br>Assistant United States Attorney |

1
2                          IN THE UNITED STATES DISTRICT COURT
3                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
4                                   OAKLAND VENUE
5
6 UNITED STATES OF AMERICA,     )      No. CR-11-00742 SBA
                                          )
7                     Plaintiff,         )      **[PROPOSED] ORDER MODIFYING**
                                          )      **CONDITIONS OF PRETRIAL RELEASE**
8 vs.                                        )
                                          )
9 RAMAKRISHNA REDDY KARRA,     )
                                          )
                    Defendant.        )
10                                           )
11
12
13          For the reasons set forth in the stipulation of the parties above, it is ordered that the
14 conditions of release previously set by the Court are modified to allow Ramakrishna Karra to
15 relocate back to the Northern District of California. All other conditions of Mr. Karra's pretrial
release shall remain in effect.
16
17 June __, 2014
18                                                                   United States Magistrate Judge
19
20
21
22
23
24
25
26